IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBBYE GIRARD                                                                                          PLAINTIFF

v.                                    CASE NO. 3:10CV00227 JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                               DEFENDANT

## **ORDER**

On March 28, 2011, the Court entered an Order and accompanying Judgment granting the Commissioner's unopposed motion to remand this case pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. Nos. 17 and 19) Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. No. 21) Plaintiff seeks total compensation for fees and expenses in the amount of $1,747.87 for 12.95 total hours worked. *Id.* The Commissioner does not object to the number of hours or the hourly rate, but does object to Plaintiff's contention that the awarded fees and expenses should be paid directly to Plaintiff's attorney, *see* Doc. No. 21, Exhibit A. (Doc. No. 23)

The Court agrees that the fees and expenses should be awarded to Plaintiff. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010) (EAJA fees are payable to plaintiff, not plaintiff's attorney, and such fees are subject to an offset when the plaintiff has outstanding federal debts). Accordingly, the Court grants Plaintiff compensation for 12.95 hours of work and $16.62 in expenses for a total of $1,747.87.

IT IS THEREFORE ORDERED that Plaintiff is awarded fees and expenses in the amount of $1,747.87.

DATED this 24th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE